**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-7444

MARCUS ALSTON,

　　　　　　Plaintiff - Appellant,

　　　v.

THOMAS ELDRIDGE, Clinical Chaplain; BETTY BROWN, Director of Chaplain Services; SUSAN ADDAMS, Regional Chaplain; CHARLES T. JOHNSON, Assistant Superintendent,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-ct-03021-FL)

Submitted:  February 18, 2020　　　　　　　　　　Decided:  March 3, 2020

Before THACKER and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus Alston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Alston appeals from the district court's order granting summary judgment to Defendants in his civil action filed pursuant to the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc to 2000cc-5 (2018) (RLUIPA), and 42 U.S.C. § 1983 (2018), confining his appeal to the district court's disposition of his claims under the RLUIPA and the First Amendment. We have reviewed the record and find no reversible error in the district court's determination that these claims failed for lack of evidence of a substantial burden on Alston's exercise of religion. Accordingly, we affirm the district court's order. *Alston v. Eldridge*, No. 5:17-ct-03021-FL (E.D.N.C. Sept. 24, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*